# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARCUS LOUIE SALDANA, aka<br>MARCUS LOUIE GALLARDO,<br><br>　　　　Defendant. | Case No.  CR 10-00989-PSG<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On January 18, 2024, Defendant Marcus Louie Gallardo appeared before this Court following his arrest on the bench warrant issued on April 22, 2022, due to Defendant's failure to appear before the Court at a revocation hearing.

Deputy Federal Public Defender ("DFPD") James Threatt, specially appearing for DFPD Richard Goldman, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Joseph Guzman.

Defendant submitted on the recommendation by Probation and Pretrial Services that Defendant be detained.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

  ☒ the petition alleges that Defendant failed to appear before the Court for a revocation hearing, and absconded from supervision.

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

  ☒ allegations in the petition (<u>see</u> above);
  ☒ criminal history includes convictions and law enforcement contacts for narcotics offenses, failures to appear and violations of supervised release.

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: January 18, 2024

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE